# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JUAN CARRILLO SANTA CRUZ, individually and as Surviving Spouse of, EVANGELINA LOPEZ MOROYOQUI, Deceased,<br><br>        Plaintiff,<br>v.<br><br>GITI TIRE CORPORATION, a foreign corporation; GITI TIRE (USA), LTD., a foreign corporation; GITI TIRE (FUJIAN) CO., LTD., a foreign corporation; CHRYSLER GROUP, LLC, a foreign corporation; JOHN DOES I-X; JANE DOES I-X; BLACK AND WHITE CORPORATIONS, I-X,<br><br>        Defendants. | No. CV-14-01245-PHX-SRB<br><br>**ORDER OF DISMISSAL OF DEFENDANT CHRYSLER GROUP LLC <u>WITH PREJUDICE</u>**<br><br>**AND**<br><br>**ORDER OF DISMISSAL OF THIS ACTION AS TO ALL OTHER DEFENDANTS <u>WITHOUT PREJUDICE</u>** |

Pursuant to stipulation of the parties, and good cause appearing therefor:

IT IS HEREBY ORDERED dismissing Defendant Chrysler Group LLC from this action <u>with prejudice</u>, each party bearing its own attorneys' fees and costs;

IT IS FURTHER ORDERED dismissing this action <u>without prejudice</u> as to all other named Defendants.

Dated this 17th day of June, 2014.

_____
Susan R. Bolton
United States District Judge